United States District Court
Southern District of Texas
**ENTERED**
February 21, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| KEVIN RIVERA and DANIELLE DE LEO,<br><br>  Plaintiffs,<br><br>VS.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>  Defendant. | § § § § § § § § § § § | Civil Case No. 7:23-CV-00377 |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the January 5, 2024, Memorandum and Recommendation ("M&R") prepared by Magistrate Judge Peter Bray. (Dkt. No. 11). Judge Bray made findings and conclusions and recommended that Plaintiffs' Motion to Remand, (Dkt. No. 4), be denied. (Dkt. No. 11).

The Parties were provided proper notice and the opportunity to object to the M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). No party filed an objection. As a result, review is straightforward: plain error. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005). No plain error appears.

Accordingly, the Court accepts the M&R and adopts it as the opinion of the Court. It is therefore ordered that:

(1) Judge Bray's M&R (Dkt. No. 11) is **ACCEPTED** and **ADOPTED** in its entirety as the holding of the Court; and

(2) Plaintiffs' Motion to Remand, (Dkt. No. 4), is **DENIED**.

It is SO ORDERED.

Signed on February 21, 2024.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**